**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William E. Sullivan Jr.                         CHAPTER 13

                  Debtor(s)                         BKY. NO. 20-10673 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                                  Respectfully submitted,
                                **/s/ Rebecca A. Solarz Esquire**
                                Rebecca A Solarz, Esquire
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322