United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Willliam E. Sullivan, Jr.
      Debtor

Case No. 20-10673-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith      Page 1 of 2      Date Rcvd: Feb 13, 2020
                            Form ID: 309I      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
```
db            +Willliam E. Sullivan, Jr.,    3121 Holly Road,    Philadelphia, PA 19154-1707
14461610       Acceptance  Now Attn: Bankruptcy 5501 Headquarters,    Plano, TX75024-5837
14461609       Acceptance NowAttn: Bankruptcy5501 Headquarters Dr,    Acceptance Now5501 Headquarters DrPlano,,
                 Amsher Collection Serv 4524 Southlake Pk,    Amsher Collection Srv 4524 Southlake Pkw,
                 Capital OneAttn: BankruptcyPO Box 30285,    Capital One Bank USA NPO Box 30281 Salt
14461612       Amsher Collection Serv 4524 Southlake Pkwy,    Hoover, AL35244-3270
14461614       Capital One Attn: Bankruptcy PO Box 30285,    Salt Lake City, UT84130-0285
14461615       Capital One Bank USA N PO Box 30281,    Salt Lake City, UT84130-0281
14461617       Credit Collection Serv PO Box 710,    Norwood, MA02062-0710
14461619       Credit One Bank N.A. PO Box 60500,    City of Industry, CA91716-0500
14461620       Easy Pay/Duvera Collections Attn: Bankruptcy,    PO Box 2549,    Carlsbad, CA92018-2549
14461623       Lvnv Funding/Resurgent Capital Attn: Bankruptcy,    PO Box 10497,    Greenville, SC29603-0497
14461624       Midland Credit Managem,    320 E Big Beaver Rd Troy, MI48083-1238
14461626       Quicken Loans 1050 Woodward Ave,    Detroit, MI48226-1906
14461625       Quicken Loans Attn: Bankruptcy 1050 Woodward Ave,    Detroit, MI48226-1906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: shmasters@hotmail.com Feb 14 2020 03:42:51      SHARON S. MASTERS,
                 The Law Office of Sharon S. Masters,    2201 Pennsylvania Ave.,    #517,
                 Philadelphia, PA   19130
tr            +E-mail/Text: bncnotice@ph13trustee.com Feb 14 2020 03:44:38      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 14 2020 03:43:58      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14461611       E-mail/Text: bankruptcy@rentacenter.com Feb 14 2020 03:44:42      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX75024-5837
14461613       EDI: AMSHER.COM Feb 14 2020 08:33:00      Amsher Collection Srv,    4524 Southlake Pkwy Ste 15,
                 Hoover, AL35244-3271
14461616       EDI: COMCASTCBLCENT Feb 14 2020 08:33:00      COMCAST,    PO Box 70219,
                 Philadelphia, PA19176-0219
14461618       EDI: CCS.COM Feb 14 2020 08:33:00      Credit Collection Services Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA02062-2679
14461621       E-mail/Text: operationsclerk@easypayfinance.com Feb 14 2020 03:42:55      Easypay/dvra,
                 3220 Executive Rdg,    Vista, CA92081-8571
14461629       EDI: RMSC.COM Feb 14 2020 08:33:00      Synchrony Bank PO Box 960061,    Orlando, FL32896-0061
14461630       EDI: AISTMBL.COM Feb 14 2020 08:33:00      T-Mobile,    PO Box 742596,    Cincinnati, OH45274-2596
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14461622       Lvnv Funding LLC Greenville, SC29601
14461627       Sunrise Credit Service,    260 Airport Plaza Blvd Farmingdale, NY1
14461628       Sunrise Credit Services, Inc. Attn: Bankruptcy,    260 Airport Plaza Blvd Farmingdale, NY1
14461632       Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr Ste 500 Saint Charles,
14461631       Verizon Wireless Minneapolis, MN55401
                                                                                    TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Keith              Page 2 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: 309I            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              SHARON S. MASTERS    on behalf of Debtor Willliam E. Sullivan, Jr. shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 3
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Willliam E. Sullivan Jr.** | | | Social Security number or ITIN | xxx–xx–8910 |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | Date case filed for chapter 13 | 2/2/20 |
| Case number: | **20–10673–amc** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Willliam E. Sullivan Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3121 Holly Road<br>Philadelphia, PA 19154 | |
| 4. | **Debtor's attorney**<br>Name and address | SHARON S. MASTERS<br>The Law Office of Sharon S. Masters<br>2201 Pennsylvania Ave.<br>#517<br>Philadelphia, PA 19130 | Contact phone (610) 322–5277<br><br>Email: shmasters@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 2/13/20 |

**For more information, see page 2**

| Debtor **Willliam E. Sullivan Jr.** | | Case number **20–10673–amc** |
|---|---|---|

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 25, 2020 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/24/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/12/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/31/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $300.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/14/20** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |