United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 20-10673-amc
Willliam E. Sullivan, Jr.                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2           Date Rcvd: Feb 18, 2020
                            Form ID: 160           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db          +Willliam E. Sullivan, Jr.,    3121 Holly Road,    Philadelphia, PA 19154-1707
14461610     Acceptance Now Attn: Bankruptcy 5501 Headquarters,    Plano, TX75024-5837
14461609     Acceptance NowAttn: Bankruptcy5501 Headquarters Dr,    Acceptance Now5501 Headquarters DrPlano,,
             Amsher Collection Serv 4524 Southlake Pk,    Amsher Collection Srv 4524 Southlake Pkw,
             Capital OneAttn: BankruptcyPO Box 30285,    Capital One Bank USA NPO Box 30281 Salt
14461612     Amsher Collection Serv 4524 Southlake Pkwy,    Hoover, AL35244-3270
14461614     Capital One Attn: Bankruptcy PO Box 30285,    Salt Lake City, UT84130-0285
14461615     Capital One Bank USA N PO Box 30281,    Salt Lake City, UT84130-0281
14461617     Credit Collection Serv PO Box 710,    Norwood, MA02062-0710
14461619     Credit One Bank N.A. PO Box 60500,    City of Industry, CA91716-0500
14461620     Easy Pay/Duvera Collections Attn: Bankruptcy,    PO Box 2549,   Carlsbad, CA92018-2549
14461623     Lvnv Funding/Resurgent Capital Attn: Bankruptcy,    PO Box 10497,   Greenville, SC29603-0497
14461624     Midland Credit Managem,    320 E Big Beaver Rd Troy, MI48083-1238
14461626     Quicken Loans 1050 Woodward Ave,    Detroit, MI48226-1906
14461625     Quicken Loans Attn: Bankruptcy 1050 Woodward Ave,    Detroit, MI48226-1906
14467556    +Quicken Loans Inc.,    Rebecca A, Solarz, Esq.,    KML Law Group, PC,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14467233    +Quicken Loans Inc.,    C/O KML Law Group,   701 Market Street Suite 5000,
             Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14461611     E-mail/Text: bankruptcy@rentacenter.com Feb 18 2020 18:17:42     Acceptance Now,
             5501 Headquarters Dr,   Plano, TX75024-5837
14461613     E-mail/Text: bsimmons@amsher.com Feb 18 2020 18:17:34     Amsher Collection Srv,
             4524 Southlake Pkwy Ste 15,   Hoover, AL35244-3271
14461616     E-mail/Text: documentfiling@lciinc.com Feb 18 2020 18:15:45     COMCAST,   PO Box 70219,
             Philadelphia, PA19176-0219
14468035    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2020 18:18:58
             Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14461618     E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 18 2020 18:17:41
             Credit Collection Services Attn: Bankruptcy,    725 Canton St,   Norwood, MA02062-2679
14461621     E-mail/Text: operationsclerk@easypayfinance.com Feb 18 2020 18:15:44     Easypay/dvra,
             3220 Executive Rdg,   Vista, CA92081-8571
14461629     E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:13     Synchrony Bank PO Box 960061,
             Orlando, FL32896-0061
14461630     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 18 2020 18:18:11     T-Mobile,
             PO Box 742596,   Cincinnati, OH45274-2596
14467243    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2020 18:18:59     T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14461622     Lvnv Funding LLC Greenville, SC29601
14461627     Sunrise Credit Service,   260 Airport Plaza Blvd Farmingdale, NY1
14461628     Sunrise Credit Services, Inc. Attn: Bankruptcy,    260 Airport Plaza Blvd Farmingdale, NY1
14461632     Verizon Wireless,   Attn: Verizon Bankruptcy,    500 Technology Dr Ste 500 Saint Charles,
14461631     Verizon Wireless Minneapolis, MN55401
                                                                            TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2              User: PaulP              Page 2 of 2              Date Rcvd: Feb 18, 2020
                                  Form ID: 160             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:

```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SHARON S. MASTERS    on behalf of Debtor Willliam E. Sullivan, Jr. shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Willliam E. Sullivan, Jr.
    Debtor(s)

Case No: 20–10673–amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 5/5/20

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 2/18/20

For The Court

Timothy B. McGrath
Clerk of Court

20 – 6
Form 160