# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William E. Sullivan Jr. <br>                   Debtor(s) | |
| Quicken Loans Inc., its successors and/or assigns <br>                   Movant <br>        vs. | CHAPTER 13 |
| William E. Sullivan Jr. <br>                   Debtor(s) | NO. 20-10673 AMC |
| William C. Miller Esq. <br>                   Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **April 24, 2020, docket number 29**.

                                                Respectfully submitted,

                                          By: **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322
                                                Attorney for Movant/Applicant

June 4, 2020