## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM E. SULLIVAN, JR.      :
:
:   CHAPTER 13
:
         Debtor     :   Bky No. 20-10673-AMC

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw "Meeting of Creditors Continued" filed in error on May 5, 2021.

DATE: _May 11, 2021_       BY:   /s/ _Lynn E. Feldman, Esquire_
                                                 Lynn E. Feldman, Esquire
                                                 Chapter 7 Trustee
                                                 PA   I.D. No. 35996
                                                 2310 Walbert Ave, Ste. 103
                                                 Allentown, PA  18104
                                                 (610) 530-9285