# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10673-AMC

WILLIAM  E. SULLIVAN, JR.

3121 HOLLY ROAD

PHILADELPHIA, PA 19154-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM  E. SULLIVAN, JR.

    3121 HOLLY ROAD

    PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

    SHARON S. MASTERS, ESQ.
    132 OVERLEAF DRIVE

    THORNDALE, PA 19372-

Date: 3/15/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee