# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William E. Sullivan, Jr.<br>    Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>    Movant<br>vs. | NO. 20-10673 AMC |
| William E. Sullivan, Jr.<br>    Debtor(s)<br><br>Angela Marie Hagey<br>    Co-Debtor<br><br>Kenneth E. West Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw Debtor's response to Motion for Relief, docketed at No. 52.

Thank you.

*/s/ Sharon S. Masters*
Sharon S. Masters, Esquire
Attorney for Debtor

Dated: 3/31/2023