**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>WILLIAM E. SULLIVAN, JR. | | Chapter 13 |
| | Debtor | Bankruptcy No. 20-10673-AMC |

# ORDER

**AND NOW**, this \_\_\_\_2nd\_\_\_\_ day of \_\_\_\_May_____, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-

Debtor:
WILLIAM  E. SULLIVAN, JR.

3121 HOLLY ROAD

PHILADELPHIA, PA 19154-