United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-10673-amc
Willliam E. Sullivan, Jr. | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 03, 2023      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willliam E. Sullivan, Jr., 3121 Holly Road, Philadelphia, PA 19154-1707 |
| 14461610 | + | Acceptance Now Attn: Bankruptcy 5501 Headquarters, Plano, TX 75024-6191 |
| 14461609 | | Acceptance NowAttn: Bankruptcy5501 Headquarters Dr, Acceptance Now5501 Headquarters DrPlano,, Amsher Collection Serv 4524 Southlake Pk, Amsher Collection Srv 4524 Southlake Pkw, Capital OneAttn: BankruptcyPO Box 30285 Capital One Bank USA NPO Box 30281 Salt |
| 14461612 | | Amsher Collection Serv 4524 Southlake Pkwy, Hoover, AL35244-3270 |
| 14461617 | | Credit Collection Serv PO Box 710, Norwood, MA02062-0710 |
| 14461619 | | Credit One Bank N.A. PO Box 60500, City of Industry, CA91716-0500 |
| 14461620 | | Easy Pay/Duvera Collections Attn: Bankruptcy, PO Box 2549, Carlsbad, CA92018-2549 |
| 14461623 | | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14461624 | | Midland Credit Managem, 320 E Big Beaver Rd Troy, MI48083-1238 |
| 14461626 | + | Quicken Loans 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14461625 | + | Quicken Loans Attn: Bankruptcy 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14467556 | + | Quicken Loans Inc., Rebecca A, Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | May 03 2023 23:44:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | | Email/Text: bnc@atlasacq.com | May 03 2023 23:44:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14489993 | + | Email/Text: g20956@att.com | May 03 2023 23:45:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14487557 | | Email/Text: bnc@atlasacq.com | May 03 2023 23:44:00 | Atlas Acquisitions LLC, c/o Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14488018 | | Email/Text: bnc@atlasacq.com | May 03 2023 23:44:00 | Atlas Acquisitions LLC, c/o Avi Schild, 492C Cedar Street, Suite 442, Teaneck, NJ 07666 |
| 14490951 | | Email/Text: bnc@atlasacq.com | May 03 2023 23:44:00 | Atlas Acquisitions LLC, c/o Avis Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14461611 | + | Email/Text: bankruptcy@rentacenter.com | May 03 2023 23:45:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14461613 | | Email/Text: bsimmons@amsher.com | | |

Case 20-10673-amc  Doc 65  Filed 05/05/23  Entered 05/06/23 00:31:19  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 03 2023 23:45:00 | Amsher Collection Srv, 4524 Southlake Pkwy Ste 15, Hoover, AL35244-3271 |
| 14522452 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14470606 | + | Email/Text: documentfiling@lciinc.com | May 03 2023 23:44:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14461616 | | Email/Text: documentfiling@lciinc.com | May 03 2023 23:44:00 | COMCAST, PO Box 70219, Philadelphia, PA19176-0219 |
| 14461614 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:52:45 | Capital One Attn: Bankruptcy PO Box 30285, Salt Lake City, UT84130-0285 |
| 14468035 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:53:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461615 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:52:49 | Capital One Bank USA N PO Box 30281, Salt Lake City, UT84130-0281 |
| 14461618 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 03 2023 23:45:00 | Credit Collection Services Attn: Bankruptcy, 725 Canton St, Norwood, MA02062-2679 |
| 14461621 | | Email/Text: operationsclerk@easypayfinance.com | May 03 2023 23:44:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA92081-8571 |
| 14473307 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:53:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480760 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14498438 | + | Email/Text: ecfbankruptcy@progleasing.com | May 03 2023 23:45:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14467233 | ^ | MEBN | May 03 2023 23:40:52 | Quicken Loans Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469727 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2023 23:45:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14493286 | + | Email/Text: bncmail@w-legal.com | May 03 2023 23:45:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14461629 | | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:52:45 | Synchrony Bank PO Box 960061, Orlando, FL32896-0061 |
| 14461630 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 03 2023 23:52:49 | T-Mobile, PO Box 742596, Cincinnati, OH45274-2596 |
| 14467243 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14461622 | | Lvnv Funding LLC Greenville, SC29601 |
| 14461627 | | Sunrise Credit Service, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14461628 | | Sunrise Credit Services, Inc. Attn: Bankruptcy, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14461632 | | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr Ste 500 Saint Charles, |
| 14461631 | | Verizon Wireless Minneapolis, MN55401 |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 39

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Willliam E. Sullivan  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM E. SULLIVAN, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 20-10673-AMC |

# O R D E R

**AND NOW**, this \_\_\_2nd\_\_\_ day of \_\_\_May\_\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-

Debtor:
WILLIAM   E. SULLIVAN, JR.

3121 HOLLY ROAD

PHILADELPHIA, PA 19154-